**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00626-CV

## GOLDEN PEANUT COMPANY, LLC  D/B/A GOLDEN PEANUT AND TREE NUTS, Appellant

## V.

## GIVE AND GO PREPARED FOODS CORP., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13535**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 19, 2018.  The appeal will be resubmitted in the first quarter of 2019.

/s/     MOLLY FRANCIS
PRESIDING JUSTICE